UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-23289-CIV-ALTONAGA/Brown

**JORGE GUZMAN**,

    Plaintiff,
vs.

**IRMADAN, INC.** and
**DAN PASQUALUCCI**,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** came before the Court on the Order on Defendants' Motion for Summary Judgment, in which the Court granted summary judgment in favor of Defendants, Irmadan, Inc. and Dan Pasqualucci. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants, Irmadan, Inc. and Dan Pasqualucci, and against Plaintiff, Jorge Guzman, on all counts of Guzman's Complaint [D.E. 1]. Plaintiff shall take nothing from Defendants, and the action is **DISMISSED** on the merits. The Clerk of Court is instructed to **CLOSE** the case. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of April, 2008.

                                                      _____
                                                      **CECILIA M. ALTONAGA**
                                                      **UNITED STATES DISTRICT JUDGE**

Copies furnished to:
(1) Magistrate Judge Stephen T. Brown
(2) Counsel of record