# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: __07-23289__

Jorge Guzman

Plaintiff

v.

Irmadan, Inc. and
Dan Pasqualucci

Defendant

## BILL OF COSTS

Judgment having been entered in the above entitled action on __4/28/08__ against __Plaintiff__,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 526.70 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 46.36 |
| Docket fees under 18 U.S.C. 1923 | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Compensation of court-appointed experts | $ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | $ |
| Other costs (please itemize) | $ |
| TOTAL | $ ~~0.00~~ 573.06 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:

J.H. Zidell, 300 71st Street, Suite 605, Miami Beach, FL 33141

Signature of Attorney: _Chris Kleppin_

Name of Attorney: _Chris Kleppin_

For: ~~Irmadan, Inc.~~ and Dan Pasqualucci                                    Date: 5/28/08
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court                          Deputy Clerk                        Date

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**

"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**

"A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

Rule 54(d)

"Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court.

Rule 6(e)

"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)

"Entry of the judgment shall not be delayed for the taxing of costs."



**Depo Express, Inc.**
1240 NE 176 Street
North Miami Beach
Florida, 33162
(305)305-3333

EIN# 74-3180564

# Invoice

| Date | Invoice # |
|---|---|
| 3/27/2008 | 467 |

**Bill To**

Glasser, Boreth & Kleppin
Barry Feingold, Esq.
8751 West Broward Boulevard
Plantation, Flor 33324

| Reporter | Terms NET 30 | Ship | Via |
|---|---|---|---|
| ra | | 3/27/2008 | |

| Qty | Item Code | Description | | Rate | Sub Total |
|---|---|---|---|---|---|
| 0 | appearance f... | Date | Time | 75.00 | 0.00 |
| 0 | original + 1 | | | 3.00 | 0.00 |
| 0 | exhibits | | | 0.35 | 0.00 |
| 1 | condensed/a... | | | 15.00 | 15.00 |
| 1 | courier | | | 11.00 | 11.00 |
| 22 | certified copy | Deposition of Dan Pasqualucci | | 3.00 | 66.00 |

Thanks for your business. It was a pleasure working with you.
All accounts due within 30 days of receipt of invoice or a $35.00 late fee will be applied to account.

Guzman V. Irmadan

**Total** $92.00

# INVOICE

UNITED REPORTING, INC.

*Court Reporting Services*
1218 S.E. 3rd Avenue, Ft. Lauderdale, Fl 33316
(954) 525-2221  Fax: (954) 525-0511
www.unitedreporting.net

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 34563 | 4/9/2008 | 58161 |
| Job Date | Case No. | |
| 4/3/2008 | 07-23289-CIV-ALTONAGA/TURNOFF | |
| Case Name | | |
| Guzman, Jorge vs. Irmadan, Inc | | |
| Payment Terms | | |
| Due upon receipt | | |

Barry G. Feingold, Esq.
Glasser, Boreth, Ceaser & Kleppin (Mini)
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324

Deposition Of:
  Jorge Guzman                                    34.00 Pages         282.20
      Reporter Attendance: First Hour                                  75.00
      Reporter Attendance: Additional Hours                             40.00
      Ascii & Mini Transcript                                           20.00
      Exhibits                                    20.00 Pages          10.00
      Shipping & Handling                                                7.50

                                                  **TOTAL DUE >>>     $434.70**

Original, One Certified Copy and Word Index
NR

***Overnight***

Emailed by reporter

**Tax ID:** 55-0793657                                  Phone: 954-424-1933   Fax: 954-474-7405

*Please detach bottom portion and return with payment.*

Barry G. Feingold, Esq.
Glasser, Boreth, Ceaser & Kleppin (Mini)
8751 W. Broward Blvd.
Suite 105
Plantation, FL 33324

Job No.    : 58161          BU ID    : 1-MAIN
Case No.   : 07-23289-CIV-ALTONAGA/TURNOFF
Case Name  : Guzman, Jorge vs. Irmadan, Inc

Invoice No. : 34563          Invoice Date : 4/9/2008
**Total Due : $ 434.70**

Remit To: **United Reporting, Inc.**
          **1218 Southeast 3rd Avenue**
          **Fort Lauderdale, FL 33316**

**PAYMENT WITH CREDIT CARD**      AMEX    VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Amount to Charge: _____
Cardholder's Signature:

Counter List

Account Track Counter

| No. | Account Name | Group Name | | |
|---|---|---|---|---|
| 109 | | irmadan | | |

| Max. Allowance Set | | | | |
|---|---|---|---|---|
| 0 | | | | |

| | Total | Total Copy Counter | Total Print Counter |
|---|---|---|---|
| Total | 9 | 9 | 0 |
| Large Size | 0 | 0 | 0 |

| | Scan/Fax Counter Scans | Print | No. of Originals | No. of Prints | |
|---|---|---|---|---|---|
| Total | 0 | 0 | 9 | 9 | |
| Large Size | 0 | 0 | | | |

| No. | Account Name | Group Name | | |
|---|---|---|---|---|
| 110 | | ▓▓▓▓▓ | | |

| Max. Allowance Set | | | | |
|---|---|---|---|---|
| 0 | | | | |

| | Total | Total Copy Counter | Total Print Counter |
|---|---|---|---|
| Total | 0 | 0 | 0 |
| Large Size | 0 | 0 | 0 |

| | Scan/Fax Counter Scans | Print | No. of Originals | No. of Prints |
|---|---|---|---|---|
| Total | 0 | 0 | 0 | 0 |
| Large Size | 0 | 0 | | |

| No. | Account Name | Group Name | | |
|---|---|---|---|---|
| 111 | | ▓▓▓▓▓ | | |

| Max. Allowance Set | | | | |
|---|---|---|---|---|
| 0 | | | | |

| | Total | Total Copy Counter | Total Print Counter |
|---|---|---|---|
| Total | 0 | 0 | 0 |
| Large Size | 0 | 0 | 0 |

| | Scan/Fax Counter Scans | Print | No. of Originals | No. of Prints |
|---|---|---|---|---|
| Total | 0 | 0 | 0 | 0 |
| Large Size | 0 | 0 | | |

| No. | Account Name | Group Name |
|---|---|---|
| 1001 | Public | |

| Max. Allowance Set | |
|---|---|
| 0 | |

| | Total | Total Copy Counter | Total Print Counter |
|---|---|---|---|
| Total | 0 | 0 | 0 |
| Large Size | 0 | 0 | 0 |

| | Scan/Fax Counter Scans | Print | No. of Originals | No. of Prints |
|---|---|---|---|---|
| Total | 0 | 0 | 0 | 0 |
| Large Size | 0 | 0 | | |

| No. | Account Name | Group Name |
|---|---|---|
| 1002 | BoxAdmin | |

| Max. Allowance Set | |
|---|---|
| 0 | |

| | Total | Total Copy Counter | Total Print Counter |
|---|---|---|---|
| Total | 0 | 0 | 0 |
| Large Size | 0 | 0 | 0 |

| | Scan/Fax Counter Scans | Print | No. of Originals | No. of Prints |
|---|---|---|---|---|
| Total | 0 | 0 | 0 | 0 |
| Large Size | 0 | 0 | | |

Counter List

Account Track
Counter

| No. | Account Name | | | Group Name | | |
|---|---|---|---|---|---|---|
| 109 | | | | irmadan | | |

| Max. Allowance Set | | |
|---|---|---|
| 0 | | |

| | Total | | | Total Copy Counter | | Total Print Counter |
|---|---|---|---|---|---|---|
| Total | 185 | | | 195 | | 0 |
| Large Size | 0 | | | 0 | | 0 |
| | Scan/Fax Counter | | | No. of Originals | No. of Prints | |
| | Scans | Print | | | | |
| Total | 0 | 0 | | 185 | 185 | |
| Large Size | 0 | 0 | | | | |

| No. | Account Name | | | Group Name | | |
|---|---|---|---|---|---|---|
| 110 | | | | | | |

| Max. Allowance Set | | |
|---|---|---|
| 0 | | |

| | Total | | | Total Copy Counter | | Total Print Counter |
|---|---|---|---|---|---|---|
| Total | 0 | | | 0 | | 0 |
| Large Size | 0 | | | 0 | | 0 |
| | Scan/Fax Counter | | | No. of Originals | No. of Prints | |
| | Scans | Print | | | | |
| Total | 0 | 0 | | 0 | 0 | |
| Large Size | 0 | 0 | | | | |

| No. | Account Name | | | Group Name | | |
|---|---|---|---|---|---|---|
| 111 | | | | | | |

| Max. Allowance Set | | |
|---|---|---|
| 0 | | |

| | Total | | | Total Copy Counter | | Total Print Counter |
|---|---|---|---|---|---|---|
| Total | 85 | | | 85 | | 0 |
| Large Size | 0 | | | 0 | | 0 |
| | Scan/Fax Counter | | | No. of Originals | No. of Prints | |
| | Scans | Print | | | | |
| Total | 72 | 0 | | 85 | 85 | |
| Large Size | 0 | 0 | | | | |

| No. | Account Name | | | Group Name | | |
|---|---|---|---|---|---|---|
| 112 | | | | | | |

| Max. Allowance Set | | |
|---|---|---|
| 0 | | |

| | Total | | | Total Copy Counter | | Total Print Counter |
|---|---|---|---|---|---|---|
| Total | 0 | | | 0 | | 0 |
| Large Size | 0 | | | 0 | | 0 |
| | Scan/Fax Counter | | | No. of Originals | No. of Prints | |
| | Scans | Print | | | | |
| Total | 0 | 0 | | 0 | 0 | |
| Large Size | 0 | 0 | | | | |

| No. | Account Name | | | Group Name | | |
|---|---|---|---|---|---|---|
| 113 | | | | | | |

| Max. Allowance Set | | |
|---|---|---|
| 0 | | |

| | Total | | | Total Copy Counter | | Total Print Counter |
|---|---|---|---|---|---|---|
| Total | 0 | | | 0 | | 0 |
| Large Size | 0 | | | 0 | | 0 |
| | Scan/Fax Counter | | | No. of Originals | No. of Prints | |
| | Scans | Print | | | | |
| Total | 0 | 0 | | 0 | 0 | |
| Large Size | 0 | 0 | | | | |

| No. | Account Name | | | Group Name | | |
|---|---|---|---|---|---|---|
| 114 | | | | | | |

| Max. Allowance Set | | |
|---|---|---|
| 0 | | |

| | Total | | | Total Copy Counter | | Total Print Counter |
|---|---|---|---|---|---|---|
| Total | 0 | | | 0 | | 0 |
| Large Size | 0 | | | 0 | | 0 |
| | Scan/Fax Counter | | | No. of Originals | No. of Prints | |
| | Scans | Print | | | | |
| Total | 0 | 0 | | 0 | 0 | |
| Large Size | 0 | 0 | | | | |

Account Track
Counter

| No. | Account Name | | | Group Name | | | | |
|---|---|---|---|---|---|---|---|---|
| 25 | | | | ███████ | | | | |
| | Max. Allowance Set | | | | | | | |
| | 0 | | | | | | | |
| | Total | | | Total Copy Counter | | | Total Print Counter | |
| | Total | 89 | | 89 | | | 0 | |
| | Large Size | 0 | | 0 | | | 0 | |
| | | Scan/Fax Counter Scans | Counter Print | Fax Tx Num Counter | No. of Originals | No. of Prints | | |
| | Total | 11 | 0 | 0 | 89 | 89 | | |
| | Large Size | 0 | 0 | | | | | |

| No. | Account Name | | | Group Name | | | | |
|---|---|---|---|---|---|---|---|---|
| 26 | | | | ███████ | | | | |
| | Max. Allowance Set | | | | | | | |
| | 0 | | | | | | | |
| | Total | | | Total Copy Counter | | | Total Print Counter | |
| | Total | 0 | | 0 | | | 0 | |
| | Large Size | 0 | | 0 | | | 0 | |
| | | Scan/Fax Counter Scans | Counter Print | Fax Tx Num Counter | No. of Originals | No. of Prints | | |
| | Total | 0 | 0 | 0 | 0 | 0 | | |
| | Large Size | 0 | 0 | | | | | |

| No. | Account Name | | | Group Name | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | | | | ███████ | | | | |
| | Max. Allowance Set | | | | | | | |
| | 0 | | | | | | | |
| | Total | | | Total Copy Counter | | | Total Print Counter | |
| | Total | 0 | | 0 | | | 0 | |
| | Large Size | 0 | | 0 | | | 0 | |
| | | Scan/Fax Counter Scans | Counter Print | Fax Tx Num Counter | No. of Originals | No. of Prints | | |
| | Total | 0 | 0 | 0 | 0 | 0 | | |
| | Large Size | 0 | 0 | | | | | |

| No. | Account Name | | | Group Name | | | | |
|---|---|---|---|---|---|---|---|---|
| 28 | | | | ███████ | | | | |
| | Max. Allowance Set | | | | | | | |
| | 0 | | | | | | | |
| | Total | | | Total Copy Counter | | | Total Print Counter | |
| | Total | 0 | | 0 | | | 0 | |
| | Large Size | 0 | | 0 | | | 0 | |
| | | Scan/Fax Counter Scans | Counter Print | Fax Tx Num Counter | No. of Originals | No. of Prints | | |
| | Total | 0 | 0 | 0 | 0 | 0 | | |
| | Large Size | 0 | 0 | | | | | |

| No. | Account Name | | | Group Name | | | | |
|---|---|---|---|---|---|---|---|---|
| 29 | | | | Irmadan, Inc. | | | | |
| | Max. Allowance Set | | | | | | | |
| | 0 | | | | | | | |
| | Total | | | Total Copy Counter | | | Total Print Counter | |
| | Total | 40 | | 40 | | | 0 | |
| | Large Size | 0 | | 0 | | | 0 | |
| | | Scan/Fax Counter Scans | Counter Print | Fax Tx Num Counter | No. of Originals | No. of Prints | | |
| | Total | 24 | 0 | 0 | 40 | 40 | | |
| | Large Size | 0 | 0 | | | | | |

| No. | Account Name | | | Group Name | | | | |
|---|---|---|---|---|---|---|---|---|
| 30 | | | | ███████ | | | | |
| | Max. Allowance Set | | | | | | | |
| | 0 | | | | | | | |
| | Total | | | Total Copy Counter | | | Total Print Counter | |
| | Total | 346 | | 346 | | | 0 | |
| | Large Size | 0 | | 0 | | | 0 | |
| | | Scan/Fax Counter Scans | Counter Print | Fax Tx Num Counter | No. of Originals | No. of Prints | | |
| | Total | 0 | 0 | 0 | 346 | 346 | | |
| | Large Size | 0 | 0 | | | | | |